JONES v. BRIAN CENTER OF NURSING CARE

No. 184P86.

Case below: 79 N.C. App. 176.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

LOWDER v. DOBY

No. 236P86.

Case below: 79 N.C. App. 501.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

LYNCH v. STROTHER

No. 271P86.

Case below: 80 N.C. App. 166.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

McCUBBINS v. FIELDCREST MILLS, INC.

No. 162P86.

Case below: 79 N.C. App. 409.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

MILLER v. PARLOR FURNITURE

No. 216P86.

Case below: 79 N.C. App. 639.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 3 June 1986.